CHARLOTTE MINTZ et al., Doing Business under the Name of MINT FACTORS, Respondents, v. JEROME B. DAVID, Appellant.— No opinion. Concur — Peck, P. J., Breitel, Bastow and Rabin, JJ. [See *post*, p. 1007.]

KATHERINE MCKEGNEY, Respondent, v. FLORENCE F. KOSMAK, Appellant, et al., Defendants.— No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

LORETTA GARCIA, an Infant, by Her Guardian ad Litem, JOSEPH GARCIA, et al., Appellants, v. CITY OF NEW YORK, Respondent.— Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See *ante*, p. 827.]

HANOVER BANK et al., as Trustees under a Deed of Trust Made by JOHN E. ANDRUS, as Grantor, Appellants, v. J. C. PENNEY COMPANY, INC., Respondent.— Concur — Peck, P. J., Cohn, Breitel and Botein, JJ. [See 285 App. Div. 1146.]

AMERICAN SMELTING & REFINING COMPANY, Appellant, v. PHILIPPINE AIR LINES, INC., Respondent. CHASE NATIONAL BANK, Appellant, v. PHILIPPINE AIR LINES, INC., Respondent. IRVING TRUST COMPANY et al., Appellants, v. PHILIPPINE AIR LINES, INC., Respondent. BANK OF AMERICA, N. T. & S. A., et al., Appellants, v. PHILIPPINE AIR LINES, INC., Respondent. BANQUE BELGE POUR L'ETRANGER (OVERSEAS LTD.) et al., Appellants, v. PHILIPPINE AIR LINES, INC., Respondent. AMERICAN EXPRESS COMPANY, INC., et al., Appellants, v. PHILIPPINE AIR LINES, INC., Respondent.— Concur — Peck, P. J., Cohn, Bastow and Botein, JJ. [See 285 App. Div. 1119.]

ESTHER HABERMAN, Suing in Her Own Behalf and on Behalf of All Others Similarly Situated, v. CITY BANK FARMERS TRUST COMPANY.— Concur — Peck, P. J., Cohn, Breitel and Rabin, JJ. [See *ante*, p. 826.]

LOUIS SABO v. HERMAN B. DELMAN et al.— Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [See *ante*, p. 238.]

In the Matter of JERVEY C. HAMILTON, Respondent, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Appellant.—